```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO ERIC COAKLEY,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-8034 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Pursuant to the Court's Order dated June 30, 2021 (Dkt. No. 17), the Commissioner was granted an extension of time, until July 29, 2021, to file her motion for judgment on the pleadings. Although that deadline passed more than 60 days ago, no motion – and no additional extension request – was filed.

    The Court, *sua sponte*, extends the Commissioner's time to file her motion to **October 18, 2021**. **No further extensions will be granted.**

    Plaintiff shall file his response no later than **December 20, 2021**. Defendant may file an optional reply no later than **January 10, 2022**.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

Dated: New York, New York
       October 4, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**